# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00509-CV

**Cathi Maham, Appellant**

**v.**

**Marc Smith, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 19-3432-F395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Cathi Maham has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: November 3, 2021